# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v.  Plaintiff(s) | CV15-09531 DMG (PLAX |
| VENTURA SHOUP CARWASH INC. dba VENTURA WEST CAR WASH | **PROOF OF SERVICE - SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served.) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*): SUMMONS AND COMPLAINT; NOTICE OF CLERICAL ERROR; CERTIFICATION RE INTERESTED PARTIES; CIVIL CASE COVER SHEET

2. **Person served:**
   a. [X] Defendant (*name*): KEVIN EMEIN AKA KEVIN EMEIAM
   b. [X] Other (*specify name and title or relationship to the party/business named*):
      JAZMIN "DOE"
      FEMAL HISPANIC   30 YRS   BLACK HAIR   BROWN EYES   150 LBS   5'03"   0
      CASHIER- AUTHORIZED TO ACCEPT
   c. [X] Address where papers were served:   CARSON, CA

3. **Manner of Service** in compliance with (*the appropriate box must be checked*):
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. **Papers were served on** (*date*):                at (*time*):
   b. [X] By **Substituted Service**. By leaving copies:

      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] **Papers were served on** (*date*): 04/14/16   at (*time*): 12:09 PM
      4. [X] by mailing (*by first-class mail, postage prepaid*) copies to the person served in item 2(b) at the place where the copies were left in item 2(c)
      5. [X] papers were mailed on (*date*): 04/15/2016
      6. [X] due diligence. I made at least three (3) attempts to personally serve the defendant.

         | 04/06/16 | 02:53 PM | Subject not in |
         | 04/07/16 | 09:04 AM | No Response |
         | 04/13/16 | 05:15 PM | No Response |
         | 04/14/16 | 12:09 PM | Subject not in; substituted service made at this time |

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to ther person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorzied by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and therefore by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach signed return receipt or other evidence of actual receipt by the persons served).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.C.P 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*                at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the office, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   J. SELVA              Registration No.: 2013031448
   16700 Valley View Ave., Suite 440
   La Mirada, CA 90638
   (800) 225-5337

   a. Fee for service: $ 89.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/15/2016

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| PLAINTIFF/PETITIONER: | UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | VENTURA SHOUP CARWASH INC. dba VENTURA WEST CAR WASH | CV15-09531 DMG (PLAx |

## PROOF OF SERVICE

[X] Mail    [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this action.

2. My residence or business is (specify):  (BUSINESS) 16700 Valley View Ave., Suite 440
   La Mirada, CA 90638
   (800) 225-5337

3. I mailed or personally delivered a copy of the SUMMONS AND COMPLAINT; NOTICE OF CLERICAL ERROR; CERTIFICATION RE INTERESTED PARTIES; CIVIL CASE COVER SHEET
   as follows (complete either a or b):

   a. [X] Mail. I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
          (a) [ ] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
          (b) [X] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
          (a) Name of person served:   KEVIN EMEIN AKA KEVIN EMEIAM
          (b) Address on envelope:     CARSON, CA

          (c) Date mailed:    04/15/2016
          (d) Place of mailing (city and state):  La Mirada, CA 90638

   b. [ ] Personal delivery  I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address when delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/15/2016

Karla Ayala
(TYPE OR PRINT NAME)

_Karla Ayala_
(SIGNATURE OF DECLARANT)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br><br> KEVIN EMEIN AKA KEVIN EMEIAN; VENTURA SHOUP CARWASH INC. dba VENTURA WEST CAR WASH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV15-09531 URC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KEVIN EMEIN AKA KEVIN EMEIAM; VENTURA SHOUP CARWASH INC. dba VENTURA WEST CAR WASH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GOLDSMITH & HULL, A.P.C.
16933 PARTHENIA STREET, SUITE 110
NORTHRIDGE, CA 91343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/10/2015          *Lori Wagers*
                          *Signature of Clerk or Deputy Clerk*