1  GOLDSMITH & HULL/File #CDCS975
   A Professional Corporation
2  Michael L. Goldsmith   (#291700)
   16933 Parthenia Street
3  Northridge, CA 91343
   Tel.: (818) 990-6600
4  Fax: (818) 990-6140
   **govdept1@goldsmithcalaw.com**
5

6  Attorneys for Plaintiff

7

8

9
           UNITED STATES DISTRICT COURT
10
           CENTRAL DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,    ) CASE NO. 2:15-CV-09531 DMG
13                              )  (PLAx)
              Plaintiff,        )
14                              )
   v.                           )
15                              ) DEFAULT JUDGMENT
   KEVIN EMEIN AKA KEVIN        )
16 EMEIAM;VENTURA SHOUP         )
   CARWASH INC. dba VENTURA     )
17 WEST CAR WASH.               )
                                )
18            Defendant.        )
                                )
19

20      In the above-entitled action the Clerk of this Court having entered a default
21 against Defendant(s) KEVIN EMEIN AKA KEVIN EMEIAM;VENTURA SHOUP
22 CARWASH INC. dba VENTURA WEST CAR WASH, on **MAY 31,2016**   for
23 failure to respond or appear; and a declaration on behalf of Plaintiff having been
24 filed which satisfies the requirements of F.R.Civ. P. 55(b),
25      IT IS ADJUDGED that Plaintiff, United States of America, shall have and
26 recover from Defendant(s) KEVIN EMEIN AKA KEVIN EMEIAM;VENTURA
27 SHOUP CARWASH INC. dba VENTURA WEST CAR WASH., the sum of
28 $4,480.00 principal; $112.68 penalties/administrative charges; $533.50 court

cost, plus $1,473.72 FMS AND DOJ FEES less credits of $0.00, for a total of $6,599.90. Judgment to accrue interest at the legal rate until paid.

DATE: July 18, 2016

KIRY K. GRAY, CLERK OF THE COURT
U.S. District Court Central District of California

BY: *[signature]*
DEPUTY CLERK

:P549F